

Nancy V. Alquist
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **18−25351 − NVA**    Chapter: **13**

**Paul R. Turner**
Debtor

## ORDER IMPOSING AUTOMATIC STAY
## AS TO ALL CREDITORS

Upon Debtor(s)' Motion to Impose Automatic Stay in this case, after consideration of the testimony presented at an evidentiary hearing thereon, without opposition, and for the reasons stated by the court on the record at the conclusion of the hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay under 11 U.S.C. § 362(a) is imposed in this case as to all creditors pursuant to 11 U.S.C. § 362(c)(4).

cc:    Debtor

      Attorney for Debtor – Sari Karson Kurland
      Case Trustee – Nancy Spencer Grigsby
      All Creditors

**End of Order**

37x08b (rev. 06/09/2010) − sfrank